## SWORN AFFIDAVIT

I, JASON BAEZ DC# 169800, the Plaintiff is case Baez v. Howell, Et. Al. 3:25-cv-788-WWB-MCR swear that to the best of my knowledge and recollection that the contents and facts of the attached U.S.C. §1983 civil complaint is true and correct and that all named defendants in the body of the complaint did in fact violated my constitutional amendment rights as explained inside of the complaint. Everything stated is facts and to the best of my ability and I want justice done in this case and numerous violations of my constitutional rights of the United States Constitution by all said defendants.

On August 14, 2022 all defendants stated in the attached complaint of case Jason Baez v. Jason Howell Et. Al., 3:25-cv-00788-WWB-MCR did in fact use excessive force, cruel & unusual punishment, deliberate indifference & everything else alleged inside the body of the complaint and acted under color of state law as well as retaliated against me, the Plaintiff for reporting officer staff abuse and sexual abuse and harassment. Please see civil complaint attached for further details. Plaintiff did in fact filed an emergency grievance to the Secretary of D.O.C. which was also "approved" therefore exhausting all remedies stated in the complaint.

Respectfully submitted,

LEGAL MAIL PROVIDED
OCT 16 2025
TO WAKULLA CI FOR MAILING

_____
Jason Baez DC# 169800

## NOTARIZED OATH

STATE OF FLORIDA
COUNTY OF WAKULLA

Sworn to or affirmed and signed before me on the 16 day of October, 2025 by Jason Baez.

*[Notary signature]*

AMANDA GIBSON
Notary Public
State of Florida
Comm# HH604054
Expires 10/17/2028

Seal

___ Personally known
_✓_ Produced Identification

Type of Identification produced ___St ID___

Physical Presence Produced
State of Fla Dept of Corrections
State ID # 169450