UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON BAEZ DC# 169800
    Plaintiff,

V.                          Case No.: 3:25-cv-00788-WWB-MCR

JASON HOWELL Et. Al.
    Defendant (s),
_____/

PLAINTIFF'S AMENDED VERIFICATION & DECLARATION TO COMPLAINT.

1. The affiant swears that the facts stated in the complaint are true to the best of his knowledge, and that the facts stated on information & belief is true and correct to the best of affiant's recollection.

2. All defendants involved and mentioned in the above complaint acted in color of state at all times in this claim.

3. The Plaintiff fully exhausted his remedies and had his grievance approved.

4. Defendants Camacho & Ratliff both knew before hand that the Plaintiff alerted them both to sexual harassment/sexual lewd and lascivious acts from defendants Boone and Finney, therefore being maliciously & sadistically minded plus deliberate indifferent by allowing officer Finney to be a part of the cell

1

extraction team after the Plaintiff just reported both officers of P.R.E.A. allegations. Therefore placing the Plaintiff in harm's way especially after defendant Camacho's threats to hurt the Plaintiff if he ran the team.

5. Defendants Boone and Finney took oaths to care custody & control plus safeguard prisoners from racial discrimination, sexual abuse, knowing it is a crime and violation of the Florida Department of Corrections to act knowingly and commit lewd and lascivious gestures, and acts by exposing their penis and acting as if they were stroking themselves constituting a malicious and sadistic act.

6. Defendants McDonald, Finney, Manning, Fortesecue, Duckwiler all used excessive force by ramming the Plaintiff's head against the wall and stainless steel bench inside the holding cell causing four (4) serious separate lacerations on the back of Plaintiff's head, stomping his toes causing Plaintiff to lose three (3) toenails & receive multiple cuts, scrapes, bruises and contusions all over the Plaintiff's face and body by also punching, elbowing and kicking Plaintiff causing wanton pain, some of whom watched and did nothing to intervene or stop the assault and battery.

7. Both defendants, Camacho and Ratliff were deliberately indifferent to the Plaintiff's rights to decontamination shower after using three (3) big cans of chemical agents on him and instead allowing their subordinate officials to pour water over the Plaintiff's head while he was wearing a tight spit shield and could

not breathe wearing all of his clothing which they both had cut off of the Plaintiff for all to see him naked including male officers, female officers & male inmates after knowing the Plaintiff was a registered transgender with a female pat frisk pass and shower alone pass which was done in a malicious and sadistically mind set to punish and humiliate plus torture the Plaintiff.

8. The Defendant nurse Jason Howell was in direct violation to the Plaintiff's need of medical care and proper medical post use of force assessment when he denied to have the Plaintiff's spit shield removed to see where all the blood was coming from after clearly seen the mask turning blood red and by also not logging down any of the Plaintiff's injuries down nor giving the Plaintiff the decency to be medically assessed with some privacy, therefore constitutes deliberate indifference to Plaintiff's serious medical need in violation of the Eighth Amendment to the United States Constitution. Furthermore leaving the Plaintiff in wanton pain and emotional distress bleeding out to the point of unconsciousness (2) times.

9. Therefore, making all above Defendant's liable and not immune of being sued pursuant to 28 U. S. C. §1746, I declare & verify under penalty of perjury that the following is true and correct.

Date: 10/16/2025

*Jason Baez*
Jason Baez

3