Jason Baez DC #169800
Wakulla Correctional Institutional
110 Melaleuca Drive
Crawfordville, FL 32327



MAILED FROM A CORRECTIONAL FACILITY

US POSTAGE PITNEY BOWES
ZIP 32327
02 4W
0000386097 OCT 16 2025
$009.75

U.S. Dist. Court
300 North Hogan St.
Suite 9-150
Jacksonville, FL 32202-4271

LEGAL MAIL

LEGAL MAIL PROVIDED
OCT 16 2025
TO WAKULLA CI FOR MAILING

notary